UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMANDA BEER, | ) ) | Case No. 1:26-CV-02483-KES-FJS |
| Plaintiff, | ) ) ) | ORDER VACATING SCHEDULING CONFERENCE AFTER ENTRY OF DEFAULT |
| v. | ) ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | ) ) ) ) | (ECF Nos. 8, 9) |
| Defendant. | ) | |

On May 7, 2026, Plaintiff Amanda Beer ("Plaintiff") filed a request for entry of default against Defendant California Department of Corrections and Rehabilitation ("Defendant"). (ECF No. 8.) Plaintiff also filed corresponding affidavits and proof of service, showing that Defendants received service on April 13, 2026. (ECF No. 8.) As of the date of this order, Defendant has not made a formal appearance in this action. Yet, Defendant reached out to Plaintiff on May 7, 2026, "for the first time" to identify "deficiencies in [Plaintiff's] complaint." (ECF No. 8 at 4.)

On May 8, 2026, the Clerk of the Court entered a default against the Defendant. (ECF No. 9.) In light of the Clerk of Court's entry of default against Defendant (ECF No. 9.), the initial scheduling conference set for June 30, 2026, is VACATED.

Accordingly, it is HEREBY ORDERED that:

(1) Plaintiff is directed to file a motion for default judgment within thirty (30) days of entry of this order;

(2) In the alternative, and in lieu of a motion for default judgment, Defendant may stipulate with Plaintiff to set aside the default within thirty (30) days of this order.

IT IS SO ORDERED.

Dated:  __**May 11, 2026**__

_____

UNITED STATES MAGISTRATE JUDGE