UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA BEER | Case No. 1:26-cv-02483-KES-FJS |
| Plaintiff, | ORDER TAKING DEFENDANT'S MOTION TO VACATE THE CLERK'S ENTRY OF DEFAULT UNDER SUBMISSION |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | (ECF Nos. 14, 15, 16) |
| Defendant. | ORDER VACATING THE MOTION HEARING ON JUNE 26, 2026 |
| | (ECF No. 14) |
| | ORDER TAKING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER SUBMISSION |
| | (ECF No. 17) |
| | ORDER VACATING THE MOTION HEARING ON JULY 24, 2026 |
| | (ECF No. 17) |

On May 11, 2026, this court vacated the initial scheduling conference in this matter due to the Clerk's entry of default (ECF No. 9). (ECF No. 11.) That same day Defendant, the California Department of Rehabilitation and Corrections ("Defendant"), filed a motion to vacate the Clerk's entry of default. (ECF No. 14.) Thereafter, the court received Plaintiff Amanda Beer's ("Plaintiff) opposition brief (ECF No. 15) and Defendant's reply brief (ECF No. 16). Defendant's motion to set aside the Clerk's entry of default is currently set for June 26, 2026. (ECF No. 14.)

On June 9, 2026, Plaintiff moved for an entry of default judgment. (ECF No. 17.) The motion is scheduled for a hearing before the undersigned on July 24, 2026, at 10:00 a.m. (*Id.*)

The court, having reviewed the record, finds that both Defendant's motion to vacate the clerk's entry of default and Plaintiff's motion for default judgment are suitable for decision without need for oral argument. *See* L.R. 230(g).

Accordingly, IT IS HEREBY ORDERED THAT the hearings scheduled for June 26, 2026, at 10:00 a.m., and July 24, 2026, at 10:00 a.m. are VACATED and the parties will not be required to appear. The motions are taken under submission.

IT IS SO ORDERED.

Dated:   **June 18, 2026**

_____
UNITED STATES MAGISTRATE JUDGE